

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2019

No. 04-19-00659-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Margarita **LOPEZ**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV05720
Honorable John Longoria, Judge Presiding

# O R D E R

After the Bexar County District Clerk notified this court that Appellant had not paid for the clerk's record, on October 31, 2019, we ordered Appellant to timely file written proof with this court that Appellant had paid the clerk's fee.

The next day, the clerk's record was filed. Our October 31, 2019 corrected order is satisfied.

The reporter's record was due on October 25, 2019; it remains due.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court